UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Stephen Kern,

Plaintiff.

v.

Zuniga,

Defendant

Case No. 2:26-cv-02859-RFB-EJY

**ORDER**

On September 8, 2026, Plaintiff Stephen Kern submitted an Application to Proceed *in forma pauperis* ("IFP") but did not submit a Complaint. ECF No. 1. To commence a new civil lawsuit, Plaintiff must file a complaint. Federal Rule of Civil Procedure 3 states: "A civil action is commenced by filing a complaint with the court." Local Special Rule 2-1 states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

Accordingly, IT IS HEREBY ORDERED that to commence a new case Plaintiff **must**, no later than **October 13, 2026**, file a signed complaint on the Court's form in this matter.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this action will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED: September 11, 2026

Elayna J. Youchah

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE